

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00843-CR

Charles B. **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-0559-CR
Honorable Gary L. Steel, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED March 19, 2014.

_____
Luz Elena D. Chapa, Justice